# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**WENDELL DAVIS,** :

    **Plaintiff**      CIVIL ACTION NO. 3:17-0559

    v :

     :     (JUDGE MANNION)

**TIMOTHY PFIRMAN,**

    **Defendants**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion for summary judgment (Doc. 18) is **GRANTED**. Judgment is hereby entered in favor of the Defendant Pfirman and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                               s/ *Malachy E. Mannion*
                               **MALACHY E. MANNION**
                               **United States District Judge**

**Dated: September 28, 2018**